ALCATEL USA, INC., Plaintiff–Appellant,

v.

CISCO SYSTEMS, INC., Defendant–Appellee.

No. 03–1518.

United States Court of Appeals, Federal Circuit.

March 5, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).